GERTRUDE M. KOSSOFF, Respondent, *v.* MORRIS WALD et al., Appellants.

(Argued June 4, 1936; decided July 8, 1936.)

*Thomas L. Walsh* and *Irving S. Finkston* for appellants. *Jacob M. Zinaman* for respondent.

Judgment of Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division. The findings of the Special Term are not against the weight of evidence. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.; FINCH, J., taking no part.